The People of the State of New York, Respondent, v Delbert L. Shofkom, Appellant.

Decided January 19, 2010

Reported below, 63 AD3d 1286.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).